# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ken Hillyer, | No. CV-10-2300-PHX-GMS |
| Plaintiff, | |
| vs. | **ORDER** |
| Prudential Insurance Company of America, DPWN Holdings (USA), Inc. Employee Disability Plan, DPWN Holdings (USA), Inc., dba DHL Holdings, | |
| Defendant. | |

The Court was advised that this case has settled (Doc. 34).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **December 15, 2011** without further leave of Court.

DATED this 15th day of November, 2011.

G. Murray Snow
United States District Judge